UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANDREA MARTINEZ SANCHEZ,

                                    Petitioner,

v.

MARKWAYNE MULLIN, et al.,

                                    Respondents.

Case No.:  3:26-cv-2879-CAB-BJW

**ORDER REQUIRING BOND HEARING**

Pending before the Court is Petitioner Andrea Martinez Sanchez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner asserts that she has been in immigration detention since April 27, 2026 without a bond hearing in violation of the Immigration and Nationality Act.  [*Id.* at 2–3.]  Respondents acknowledge that courts in this District have ordered bond hearings in similar cases and thus "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  [Doc. No. 4 at 1–2.]

///

///

///

///

1

Accordingly, the Court **ORDERS** Respondents to provide Petitioner an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated regulations by **June 1, 2026**.  The Clerk of the Court shall close the case on June 8, 2026 unless the Court is notified that the bond hearing did not occur.

It is **SO ORDERED**.

Dated:  May 18, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2879-CAB-BJW